FILED
 2015 Feb-20  PM 04:43
 U.S. DISTRICT COURT
    N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| CYNTHIA WILSON,      )<br>                      )<br>    Plaintiff      )<br>                      )<br>   vs.                )<br>                      )<br>CAROLYN COLVIN,       )<br>COMMISSIONER, SOCIAL SECURITY )<br>ADMINISTRATION,      )<br>                      )<br>    Defendant      )  | Case No.  6:13-cv-01644-LSC |

# **FINAL ORDER**

In accordance with the Memorandum Opinion entered contemporaneously with this Order and Rule 58, Fed.R.Civ.P., the court AFFIRMS the decision of the Commissioner of the Social Security Administration.

Done this 20th day of February 2015.

_____
L. Scott Coogler
United States District Judge

[160704]